**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Henry Production Company, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  72-1036621

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| P.O. Box 53492<br>Lafayette, LA 70505<br>Number, Street, City, State & ZIP Code | P.O. Box 53492<br>Lafayette, LA 70505<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Lafayette<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Henry Production Company, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000             ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| Debtor  Henry Production Company, Inc. | Case number (*if known*) | |
| Name | | |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 27, 2024
             MM / DD / YYYY

**X** /s/ Sharon Henry                                    Sharon Henry
Signature of authorized representative of debtor          Printed name

Title  Officer

**18. Signature of attorney**

**X** /s/ W. Simmons Sandoz                               Date  February 27, 2024
Signature of attorney for debtor                                MM / DD / YYYY

W. Simmons Sandoz 11711
Printed name

W. Simmons Sandoz
Firm name

P.O. Box 471
Opelousas, LA 70571-0471
Number, Street, City, State & ZIP Code

Contact phone  337-942-8956    Email address  wssattorney@aol.com

11711 LA
Bar number and State

Arthur J. LeBlanc
c/o Barry Sallinger, Atty at Law
820 E. ST. Mary Blvd.
STE 1
Lafayette, LA 70503


Chevron USA
c/o Alan Berteau, Atty
Keene Miller, LLC
PO BOX 3513
Baton Rouge, LA 70821


Clerk of Court
Acadia Parish
P.O. Box 922
Crowley, LA 70527-0922


Clerk of Court
Cameron Parish
P.O. Box 549
Cameron, LA 70631-0922


Clerk of Court
Lafourche Parish
201 Green Street
Thibodaux, LA 70301


Clerk of Court
Jefferson Davis Parish
P.O. Box 799
Jennings, LA 70546-0799


Golden Ranch
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


Hub International
3861 Ambassador Caffery Pkwy.
Suite 550
Lafayette, LA 70503

Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346


JP Morgan Private Bank
10 South Dearborn St
Floor 10
Chicago, IL 60603


LA Dept of Revenue
Post Office Box 3550
Baton Rouge, LA 70821-3550


Lafayette Parish Sheriff*
POD 3508
Lafayette, LA 70502-3508


Office of District Counsel*
IRS
POB 30509
New Orleans, LA 70190-0509


Parish of Cameron
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


RLI Insurance Company
9025 N. Lindbergh Drive
Peoria, IL 61615


RLI Insurance Company
14090 Southwest Freeway
STE 300
Sugar Land, TX 77478

The Lacassane Company
c/o Veron Bice Palermo & Wilson
721 Kirby Street
Lake Charles, LA 70602


U.S. Attorney**
Western District of Louisiana
300 Fannin St. Suite 3201
Shreveport, LA 71101


Van Geffen Bros.
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810

# United States Bankruptcy Court
## Western District of Louisiana

In re: Henry Production Company, Inc.
Debtor(s)

Case No.
Chapter: 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Henry Production Company, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 27, 2024
Date

/s/ W. Simmons Sandoz
W. Simmons Sandoz 11711
Signature of Attorney or Litigant
Counsel for Henry Production Company, Inc.
W. Simmons Sandoz
P.O. Box 471
Opelousas, LA 70571-0471
337-942-8956 Fax:337-942-5448
wssattorney@aol.com